JPML FORM 1A                    DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 289 -- IN RE ELDRIDGE STABLEFORD & CO., LTD. SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/2/76 | 1. | MOTION w/SUPPORTING MEMORANDUM OF LAW -- pltf. /Giles H. Whittome, as Reciever for Eldridge Stableford & Co., Ltd. -- Affidavit of attorney and complaints in two involved actions. Certificate of service on involved counsel and clerks of court.  REQUESTED TRANSFEREE FORUM: Southern District of New York |
| 12/13/76 | | APPEARANCES -- R. Fitzgerald for Giles H. Whittome, /Eldridge Stableford  A. C. Freedman for Russell L. Isaacs and R. G. Guter  A. R. Wentzel for Bankers Life Co. and R. E. Franquemont  J. M. Ringer for Angus Peyton and Richard M. Venable, Jr.  F. P. Chambers for Kanawha Valley Bank, N.A.  G. J. Solleder for Laird Inc.  J. Marshak for Richard A. Eisner & Co.  M. B. Filson for Cyrus Hashemi |
| 12/15/76 | | APPEARANCES -- C. L. Woody for Kanawha Banking & Trust Co., N.A. |
| 12/17/76 | 2 | RESPONSE -- KANAWHA VALLEY BANK, N.A. w/cert. of service |
| 12/17/76 | 3 | RESPONSE -- KANAWHA BANKING AND TRUST CO. MOTION TO DISMISS w/cert. of service |
| 12/17/76 | 4 | MEMORANDUM -- KANAWA BANKING AND TRUST CO. w/cert. of service |
| 12/21/76 | | HEARING ORDER -- Setting A-1 and A-2 for hearing Jan 28, 1977, Miami, Florida |
| 12/29/76 | 5 | RESPONSE -- GILES H. WHITTOME -- w/Exhibits 1,2,3 and REPLY w/cert. of service |
| 3/10/77 | | ORDER GRANTING WITHDRAWAL OF MOTION -- Filed today. Notified Counsel, Clerks and Judges involved. |

DOCKET NO. **289** -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: **IN RE ELDRIDGE STABLEFORD & CO., LTD. SECURITIES LITIGATION**

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____    Consolidation Denied *M/W 3/10/77*

Opinion and/or Order _____

Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Giles H. Whittome, as Receiver for Eldridge Stableford & Co., Ltd. v. Adams, Scott & Conway, Inc., et al. | S.D.N.Y. *Duffy* | 76 Civ.81 | | | | |
| A-2 | Giles H. Whittome, as Receiver for Eldridge Stableford & Co., Ltd. v. Kanawha Valley Bank, et al. | S.W.Va. *Haden* | 76-0473-CH | | | | • |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 289 -- IN RE ELDRIDGE STABLEFORD & CO., LTD., SECURITIES LITIGATION

---

GILES H. WHITTOME, as Receiver for
ELDRIDGE STABLEFORD & CO., LTD.
Raymond Fitzgerald, Esquire
Keane & Butler
200 Park Avenue
New York, New York   10017

RUSSELL L. ISAACS
ALEX SCHOENBAUM
R. G. GUTER
Andrew C. Freedman, Esquire
Reavis & McGrath
1 Chase Manhattan Plaza
New York, New York   10005

THE BANKERS LIFE CO.
R. E. FRANQUEMONT
Alan R. Wentzel, Esquire
Casey, Lane & Mittendorf
26 Broadway
New York, New York   10004

ANGUS PEYTON
RICHARD M. VENABLE, JR.
James M. Ringer, Esquire
Rogers & Wells
200 Park Avenue
New York, New York   10017

KANAWHA VALLEY BANK, N.A.
F. Paul Chambers, Esquire
Jackson, Kelly, Holt & O'Farrell
1500 One Valley Square
Post Office Box 553
Charleston, West Virginia 25322

LAIRD INCORPORATED
George J. Solleder, Jr., Esquire
222 Station Plaza North
Mineola, New York   11501

RICHARD A. EISNER & CO.
Jerome Marshak, Esquire
Shereff, Friedman, Hoffman & Goodman
919 Third Avenue
New York, New York   10022

CYRUS HASHEMI
Marguerite B. Filson, Esquire
Baer & McGoldrick
460 Park Avenue
New York, New York   10022

ROBERT O. CLARK
Joel M. Miller, Esquire
Ullman, Van Ginkel, Miller
  & Wrubel
277 Park Avenue
New York, New York   10017

MARSHALL A. JACOBS
JACOBS, PERSINGER & PARKER
Richard G. McGahren, Esquire
D'Amato, Costello & Shea
116 John Street
New York, New York   10038

KANAWHA BANKING & TRUST CO., N.A.
Charles L. Woody, Esquire
Post Office Box 273
Charleston, West Virginia   25321