JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 10 1977

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 289

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ELDRIDGE STABLEFORD & CO., LTD. SECURITIES LITIGATION

ORDER GRANTING WITHDRAWAL OF MOTION

3/10/77

    Plaintiff in the two actions listed on the attached Schedule A moved the Panel for transfer of the action pending in the Southern District of West Virginia to the Southern District of New York pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings. Subsequently, that plaintiff has furnished to the Panel a Stipulation and Order entered into between itself and defendants in the action pending in the Southern District of West Virginia in which those parties agree that discovery in the action pending in the Southern District of West Virginia will be conducted jointly with discovery in the action pending in the Southern District of New York. Movant has requested that he therefore be allowed to withdraw his motion for transfer.

    In light of the above-mentioned stipulation entered into between the parties to the action pending in the Southern District of West Virginia,

    IT IS HEREBY ORDERED that movant's request to withdraw his motion be granted and that the motion be, and the same hereby is, deemed withdrawn without prejudice to the right of any party to move for transfer at a later date, if it feels future circumstances so warrant.

                        FOR THE PANEL:

                         John Minor Wisdom
                         Chairman

SCHEDULE A

SOUTHERN DISTRICT OF NEW YORK

<u>Giles H. Whittome, As Receiver for Eldridge Stableford & Co., Ltd. v. Adams, Scott & Conway, Inc., et al.</u>, Civil Action No. 76-Civ.-81

SOUTHERN DISTRICT OF WEST VIRGINIA

<u>Giles H. Whittome, As Receiver for Eldridge Stableford & Co., Ltd. v. Kanawha Valley Bank, et al.</u>, Civil Action No. 76-0473-CH